does not amount to the adoption of a rule or regulation.

■ We conclude that the District Court rightly dismissed Martin's complaint. She cannot prove encroachment on her riparian area until its boundaries have been fixed under rules or regulations adopted by the District Commissioners. We need not now consider the extent to which boundaries so fixed may be subject to judicial review.

The judgment of the District Court dismissing Martin's complaint is affirmed, but we think the court's findings should be modified in conformity with this opinion.

Affirmed.

appellants. David G. Bress, Washington, D. C., also entered an appearance for appellants.

Paul R. Connolly, Washington, D. C., with whom John J. Sirica, Washington, D. C., was on the brief, for appellee.

Before EDGERTON, CLARK, and WILBUR K. MILLER, Circuit Judges.

PER CURIAM.

The plaintiff in a suit for personal injuries by negligence, in which the evidence was conflicting, appeals from an adverse judgment based on a jury's verdict. We find no prejudicial error.

Affirmed.

## DAVIS et al. v. CAPITAL TRANSIT CO.
### No. 11128.

United States Court of Appeals
District of Columbia Circuit.

Argued March 17, 1952.

Decided June 26, 1952.

Alvin L. Newmyer, Jr., Washington, D. C., with whom Alvin L. Newmyer, Washington, D. C., was on the brief, for

## James W. SPRADING, Appellant, v. UNITED STATES of America, Appellee.
### No. 11340.

United States Court of Appeals
District of Columbia Circuit.

Argued June 10, 1952.

Decided June 26, 1952.

Writ of Certiorari Denied Oct. 20, 1952.

See 73 S.Ct. 100.

Samuel Green, Washington, D. C., appointed by the District Court, for appellant.

Lewis A. Carroll, Asst. U. S. Atty., Washington, D. C., with whom Charles M. Irelan, U. S. Atty., Joseph M. Howard and Thomas A. Flannery, Asst. U. S. Attys., Washington, D. C., were on the brief, for appellee.

Before EDGERTON, FAHY, and WASHINGTON, Circuit Judges.

PER CURIAM.

The judgment is affirmed on the authority of Holloway v. United States, 80 U.S. App.D.C. 3, 148 F.2d 665.

Affirmed.